IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


ERICA GULLEY                                                          PLAINTIFF

V.                              CASE NO. 08-CV-1077

CITY OF CAMDEN, ARKANSAS;
CHRIS CLAYBAKER, Mayor for the city of Camden,
In His Individual and Official Capacities; WILLIAM
O'KEEFE, Chief of Police, In His Individual and Official
Capacities; GEORGE INGRAM, Lieutenant for the Camden
Police Department, In His Individual and Official Capacities;
and STAN KENDALL, In His Individual and Official
Capacities.                                                          DEFENDANTS


## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendants. (Doc. 12).

Plaintiff Erica Gulley has filed a response.  (Doc. 16). Defendants have replied.  (Doc. 21).  Upon

consideration, for the reasons set forth in the Memorandum Opinion of even date, the Court finds

that the motion should be and hereby is **granted**.   Plaintiff Erica Gulley's federal claims against

Defendants in their official and individual capacities are hereby **dismissed with prejudice**.  The

Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in light of

the dismissal of her claims over which this Court had original jurisdiction.  Therefore, Plaintiff's

state law claims against the Defendants are hereby **dismissed without prejudice**.

IT IS SO ORDERED, this 1st  day of July, 2010.


     /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge